United States District Court

Eastern District of California

Michael A. Sweet,

    Plaintiff,        No. Civ. S 04-2703 FCD PAN P

  vs.                   Order

O. C. O'Connor, et al.,

    Defendants.

-oOo-

April 13, 2005, the court dismissed the complaint with leave to amend within 60 days. Plaintiff has not filed an amended complaint, nor otherwise responded to the court's order. Good cause appearing, the court hereby orders that plaintiff shall, within 10 days of service of this order, file an amended complaint. Otherwise this case will be dismissed without prejudice. Local Rule 11-110; Fed. R. Civ. P. 41(b).

Dated: June 23, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge