United States District Court

Eastern District of California

Michael A. Sweet,                                No. Civ. S 04-2703 FCD PAN P

       Plaintiff,                            Findings and Recommendation

    vs.

O.C. O'Connor, et al.,

       Defendants.

-oOo-

    April 13, 2005, the court dismissed plaintiff's complaint with 60 days leave to amend.  He did not.

    Accordingly, the court hereby recommends that this action be dismissed without prejudice.  Local Rule 11-110; Fed. R. Civ. P. 41(b).

    Pursuant to the provisions of 28 U.S.C. § 636(b)(l), these findings and recommendations are submitted to the United States District Judge assigned to this case.  Within 20 days after being served with these findings and recommendations, plaintiff may

1   file written objections.  The document should be captioned

2   "Objections to Magistrate Judge's Findings and Recommendations."

3   The district judge may accept, reject, or modify these findings

4   and recommendations in whole or in part.

5       Dated:  June 29, 2005.

6                          /s/ Peter A. Nowinski

7                          PETER A. NOWINSKI
                           Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26