United States District Court

Eastern District of California

Michael A. Sweet,

      Plaintiff,                  No. Civ. S 04-2703 FCD PAN P

  vs.                          Order

O. C. O'Connor, et al.,

      Defendants.

-oOo-

July 8, 2005, plaintiff requested an extension of time to file an amended complaint. Good cause appearing, the June 30, 2005, findings and recommendations are vacated, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: July 19, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge