United States District Court

Eastern District of California

Michael A. Sweet,

        Plaintiff,                    No. Civ. S 04-2703 FCD PAN P

  vs.                             Order

O. C. O'Connor, et al.,

        Defendants.

-oOo-

    Plaintiff is a state prisoner without counsel seeking to commence a civil rights action. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

    The complaint states cognizable claims for relief against defendants O'Connor, Campbell, Boyd, Purifoi, Lattimore and Cornish pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

    Accordingly, the court hereby orders that:

    1.  Service is appropriate for defendants O'Connor,

1 | Campbell, Boyd, Purifoi, Lattimore and Cornish.
2 |    2. The Clerk of the Court shall send plaintiff six USM-285
3 | forms, one summons, an instruction sheet and one copy of the
4 | August 17, 2005, pleading.
5 |    3. Within 30 days from service of this order, plaintiff
6 | shall complete the attached Notice of Submission of Documents and
7 | submit it to the court with the completed summons and USM-285
8 | forms and five copies of the August 17, 2005, pleading.
9 |    4. Upon receipt of the necessary materials, the court will
10 | direct the United States Marshal to serve defendants O'Connor,
11 | Campbell, Boyd, Purifoi, Lattimore and Cornish pursuant to
12 | Federal Rule of Civil Procedure 4 without payment of costs.
13 |    Dated: January 5, 2006.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

United States District Court

Eastern District of California

| | | |
|---|---|---|
| Michael A. Sweet, | | |
| | Plaintiff, | No. Civ. S 04-2703 FCD PAN P |
| vs. | | Notice of Submission of Documents |
| O. C. O'Connor, et al., | | |
| | Defendants. | |

-oOo-

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

\_\_\_\_ completed summons form

\_\_\_\_ completed forms USM-285

\_\_\_\_ copies of the _____
         Amended Complaint

Dated: _____

_____
Plaintiff