IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL A. SWEET,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**O.C. O'CONNOR, ET AL. ,**<br><br>　　　　　　　　　　Defendants. | CASE NO. 2:04-cv-2703-FCD-PAN (JFM) PC<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY BRIEF** |

**GOOD CAUSE APPEARING**, Defendants request for an extension of time to file a reply brief in response to Plaintiff's opposition to Defendants' motion to dismiss is granted. Defendants have until Monday, July 17, 2006 in which to file their reply brief.

**IT IS SO ORDERED**.

Dated: July 17, 2006.

　　　　　　　　　　　　　　　　　/s/ John F. Moulds
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/swee2703.ext

*Order Granting Extension of Time to File Reply Brief*

1