IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. SWEET,

      Plaintiff,                           No. CIV S-04-2703 FCD EFB P

    vs.

O.C. O'CONNOR, et al.,

      Defendants.          ORDER

_____/

      On December 1, 2006, plaintiff filed a request for reconsideration of the magistrate judge's order filed November 15, 2006, denying plaintiff's request for appointment of counsel. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

      Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 15, 2006, is affirmed.

DATED: January 11, 2007.

                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE