IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. SWEET,

    Plaintiff,                    No. CIV S-04-2703 FCD EFB P

    vs.

O.C. O'CONNOR, et. al.,

    Defendants.          <u>ORDER</u>

                               /

       Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. By separate order, this court issues findings and recommendations recommending that defendants' motion to dismiss be granted as to defendants Boyd, Campbell, Cornish, Lattimore, and Purifoy, under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendant O'Connor has yet to file an answer or motion to dismiss. Defendant O'Connor's responsive pleading shall be filed within seven days from the date of this order.

       So ordered.

Dated: February 2, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE