IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL A. SWEET,** <br><br> Plaintiff, <br><br> v. <br><br> **O.C. O'CONNOR, et al. ,** <br><br> Defendants. | 2:04-cv-2703-FCD-EFB P <br><br> **ORDER** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. §1983. On February 6, 200 7, defendants requested a first extension of time in which to file a responsive pleading. Defendants filed an answer on March 12, 2007. Defendants' request for an extension of time is granted and the answer is deemed timely filed.

Dated: March 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE