IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL SWEET,

    Plaintiff,                     No. CIV S-04-2703 FCD EFB P

    vs.

O.C. O'CONNOR, et al.,

    Defendants.             <u>ORDER</u>

_____/

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

    On April 30, 2007, plaintiff filed a request for an extension of time to file and serve an amended complaint. *See* Fed. R. Civ. P. 6(b). Good cause appearing, plaintiff's request is granted.

/////

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. Plaintiff's March 30, 2007, request for appointment of counsel is denied.

3     2. Plaintiff's April 30, 2007, motion for an extension of time is granted and plaintiff has

4 30 days from the date this order is served to file and serve an amended complaint.

5 Dated: May 23, 2007.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE