1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL A. SWEET,

11           Plaintiff,                    No. CIV S-04-2703 FCD EFB P

12        vs.

13   O.C. O'CONNOR, et al.,

14           Defendants.              ORDER

15   _____/

16        Plaintiff is a state prisoner without counsel seeking relief for civil rights violations.  *See*

17   42 U.S.C. § 1983.  On February 2, 2007, the court issued findings and recommendations

18   recommending that defendants' motion to dismiss as to defendants Boyd, Campbell, Cornish,

19   Lattimore and Purifoy be granted for plaintiff's failure to state a claim.  Those findings were

20   adopted on March 29, 2007.  As part of this order, plaintiff was granted thirty days to file an

21   amended complaint to add allegations raised in his opposition against defendants Campbell,

22   Lattimore, and Cornish only.  On April 30, 2007, plaintiff filed a request for an extension of time

23   to file his second amended complaint, which was granted.  On June 15, 2007, plaintiff filed his

24   second amended complaint, which includes allegations beyond the limited scope permitted by

25   the March 29, 2007 Order. (CD 57.)

26   ////

1

1    Defendant O'Conner filed his answer to plaintiff's first amended complaint on

2    March 12, 2007.  A discovery/scheduling order was issued on April 16, 2007, setting July 20,

3    2007, as the close of discovery.  Pending the screening of the second amended complaint,

4    defendant O'Conner requests the court to stay discovery so that defendant may conduct

5    discovery with knowledge of all parties to the lawsuit.

6        Accordingly, it is ORDERED that discovery is stayed pending the screening of plaintiff's

7    second amended complaint or further order of the court.

8    Dated:   August 27, 2007.

9

10    EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26