IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. SWEET,

    Plaintiff,               No. CIV S-04-2703 FCD EFB P

    vs.

O.C. O'CONNOR, et al.,

    Defendants.        <u>ORDER</u>

_____/

        On September 20, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed May 24, 2007, denying the appointment of counsel. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 24, 2007, is affirmed.

DATED: October 30, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1