IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. SWEET,

    Plaintiff,                          No. CIV S-04-2703 FCD EFB P

    vs.

O.C. O'CONNOR, et al.,

    Defendants.                     <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. By order filed March 29, 2007, the district judge adopted the February 2, 2007, findings and recommendations in part and granted plaintiff leave to amend his complaint in order to add the allegations against defendants Campbell, Lattimore, and Cornish, that were raised in his opposition to defendants' motion to dismiss. Plaintiff has filed his amended complaint.

      Accordingly, it is ORDERED that defendants are directed to file an answer to plaintiff's amended complaint within 30 days of service of this order.

Dated: November 1, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE