IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. SWEET,

      Plaintiff,                    No. CIV S-04-2703 FCD EFB P

  vs.

O.C. O'CONNOR, et al.,

      Defendants.         <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On April 16, 2007, the court set a schedule with a discovery deadline of July 20, 2007, and dispositive motion deadline of September 14, 2007. Those dates have passed, and neither party has filed dispositive motions. On November 30, 2007, defendants filed an answer to plaintiff's amended complaint. It thus appears that the parties are prepared to enter into the pretrial phase of this litigation.

      Accordingly, it hereby is ORDERED that:

      1. Within 30 days of the date of this order, plaintiff shall file a pretrial statement that conforms to the requirements of Local Rule 16-281. In addition, plaintiff is advised to follow the directions contained in the April 16, 2007, scheduling order, especially as they pertain to ensuring the presence of witnesses at trial; and

2.  Within 20 days after plaintiff files his pretrial statement, defendants shall file and serve a pretrial statement that conforms to the requirements of Local Rule 18-281.  Thereafter, the court will issue a pretrial order and set the matter for trial.

Dated:  December 18, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE